IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA

      v.                                               15-CR-149

FRANK R. PARLATO
CHITRA SELVARAJ

                             Defendants.

_____

## GOVERNMENT'S RESPONSE TO
## DEFENDANT'S NOTICE OF MOTION

The United States of America, by and through William J. Hochul, Jr., United States Attorney for the Western District of New York, and Assistant United States Attorney Elizabeth R. Moellering, of counsel, hereby responds to the defendants', Frank R. Parlato and Chitra Selvaraj, motion for an extension of time within which to file pre-trial motion. Dkt. 13.

On November 24, 2015, this Court issued a Scheduling Order requiring pretrial motions to be filed by August 23, 2016. Dkt. 6. On August 15, 2016, the defendants filed their first motion seeking additional time and the government consented to this extension. Dkt. 11. The same day, this Court issued an Amended Scheduling Order requiring pretrial motions to be filed by October 24, 2016. Dkt. 12. On October 14, 2016, the defendant filed a motion for a second extension of time within which the defense may file pretrial motions. Dkt. 13.

The government timely provided discovery on February 23, 2016. The discovery was voluminous, consisting of approximately 65,425 pages. In part because of the size of discovery, the government originally agreed to a schedule allowing the defendants 6 months from the date discovery was provided to file pre-trial motions. The government then consented to an additional 2 month extension. At this point, the defendants have had the discovery for 8 months. The public has a right to a speedy trial, and the government therefore submits the Court should deny the motion for an extension.

DATED: Buffalo, New York, October 17, 2016.

WILLIAM J. HOCHUL, JR.
United States Attorney


BY: /s/ ELIZABETH R. MOELLERING
Assistant United States Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York 14202
(716) 843-5872
Elizabeth.Moellering@usdoj.gov