UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

                            *Plaintiff*,

                                                    **NOTICE OF MOTION**

vs.                               **Case No:  15-CR-00149(FPG)(JJM)**

FRANK R. PARLATO, JR.           *Defendants.*

_____

SIR:

             PLEASE TAKE NOTICE that upon the annexed affidavit of Herbert L. Greenman

the undersigned moves this Court for an order permitting defendant Frank Parlato, Jr. to travel to

the Central District of Florida between March 28, 2017 and April 14, 2017 for reasons set forth in

the affidavit annexed hereto together with such other and further relief as to this Court may seem

just and proper.

DATED:       Buffalo, New York
                  March 27, 2017               Respectfully submitted,

                                                /s/ Herbert L. Greenman
                                               LIPSITZ GREEN SCIME CAMBRIA LLP
                                               HERBERT L. GREENMAN, ESQ.
                                               Attorneys for Defendant,
                                               FRANK PARLATO
                                               Office and Post Office Address
                                               42 Delaware Avenue, Suite 120
                                               Buffalo, New York 14202
                                               (716) 849-1333
                                               hgreenman@lglaw.com

TO:     MELISSA LINTON
        UNITED STATES PROBATION OFFICER WDNY

        ELIZABETH MOELLERING, ESQ.
        JOHN D. FABIAN, ESQ.
        ASSISTANT UNITED STATES ATTORNEY
        138 Delaware Avenue
        Buffalo, New York 14202

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

                            *Plaintiff*,

                                                      **AFFIDAVIT**

           vs.                       **Case No:  15-CR-00149)(FPG)(JJM)**

FRANK R. PARLATO, JR.          *Defendants.*
_____

STATE OF NEW YORK     )
COUNTY OF ERIE        ) SS:
CITY OF BUFFALO       )

        HERBERT L. GREENMAN, ESQ. being duly sworn, deposes and says:

1.     I am an attorney for the defendant Frank Parlato, Jr.

2.     By this motion, defendant Frank Parlato seeks to travel to the central district of Florida from March 28, 2017 through April 14, 2017.

3.     Mr. Parlato has permission to travel to the Southern District of Florida. However, he has a business matter which needs to be attended to in the central district of Florida.

4.     Counsel has spoken with Melissa Linton, United States Probation Officer for the Western District of New York who is Mr. Parlato's pretrial supervision officer and Assistant United States Attorney Elizabeth Moellering. Both Ms. Linton and Ms. Moellering have advised that they have no objection to this request.

5.     Ms. Linton will be or already has been provided with Mr. Parlato's itinerary and points of contact.

WHEREFORE, your deponents prays that this Court rule accordingly.

DATED: March 27, 2016
   Buffalo, New York

        Respectfully submitted,

        /s/Herbert L. Greenman

        HERBERT L. GREENMAN
        LIPSITZ GREEN SCIME CAMBRIA LLP
        42 Delaware Avenue, Suite 300
        Buffalo, NY 14202
        Phone (716) 849-1333
        Fax (716) 855-1580
        hgreenman@lglaw.com

Sworn to before me this 27th day
of March, 2017

/s/Elizabeth M. Jagord-Ward
Notary Public
State of New York
Qualified in Erie County
My Commission Expires October 31, 2018

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

*Plaintiff,*

vs.                                    **Case No: 15-CR-00149(FPG)(JJM)**

FRANK R. PARLATO, JR.,                 *Defendants.*

## CERTIFICATE OF SERVICE

I hereby certify that on 3/27/17 I electronically filed the foregoing on behalf of the interested parties with the Clerk of the District Court using the CM/ECF system.

I hereby certify that on 3/27/17 a copy of the foregoing was also delivered to the following using the CM/ECF System.

TO:     MELISSA LINTON
        UNITED STATES PROBATION OFFICER WDNY

        ELIZABETH MOELLERING, ESQ.
        JOHN D. FABIAN, ESQ.
        ASSISTANT UNITED STATES ATTORNEY
        138 Delaware Avenue
        Buffalo, New York 14202

DATED:     Buffalo, New York
           March 27, 2017

                                   /s/Elizabeth M. Jagord-Ward
                                   Elizabeth M. Jagord-Ward