UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

v.  15-CR-149-A

CHITRA SELVARAJ,

              Defendant.
_____

## SPEEDY TRIAL ORDER
(November 4, 2022, through November 22, 2022)

On November 4, 2022, the parties appeared before the Court for a status conference. Assistant United States Attorney Charles M. Kruly appeared on behalf of the United States. Defendant Selvaraj appeared in person and through her attorney, Cheryl Meyers Buth, Esq. Ms. Meyers Buth reported that plea negotiations are continuing and requested a date for either a change-of-plea or for the government to announce its resolution of this case. The Court scheduled a conference and/or a change-of-plea hearing for November 4, 2022. The parties agreed that the time from November 4, 2022, up to and including November 22, 2022, should be excluded from the Speedy Trial Act pursuant to Title 18, United States Code, Sections 3161(h)(1)(D), 3161(h)(6), 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

Specifically, and for the reasons set forth above and on the record on November 4, 2022, the Court finds the time should be excluded from the Speedy Trial Act pursuant to and in accordance with the above sections. The Court finds that the defendant and the public benefit from the exclusion of time because the parties will maintain continuity of counsel in order to continue in plea negotiations.

**IT IS THEREFORE ORDERED** that the time from and including November 4, 2022, up to and including November 22, 2022, is properly excluded from the time requirements for which trial must commence, in accordance with the Speedy Trial Act, pursuant to Title 18, United States Code, Sections 3161 (h)(1)(D), 3161(h)(6), 3161(h)(7)(A) and 3161(h)(7)(B)(IV).

The Court further finds that, as of November 22, 2022, 19 days of Speedy Trial Act time will have elapsed in this action and 51 days remain in the period within which trial must commence.

DATED:   Buffalo, New York, November __9__, 2022.

_/s/ Richard J. Arcara_
HONORABLE RICHARD J. ARCARA
United States District Judge