11/14/2022



To Judge Richard J. Arcara,

At Mr. Parlato's request, I, along with others, emailed letters for him to bring to court. - please see the copy of my letter enclosed—10.17.2017 - this was for an oral argument hearing scheduled on 10.17.2017 to revoke Mr. Parlato's bail. I apologize to the court for the late submission. It took a while to find the original email with the letter.

At the time of the 10.17.2017 hearing Keith Raniere, aka Vanguard, and the leaders of the NXIVM cult from Albany, NY, were not in prison. Keith Raniere is currently serving 120 years, along with three others that are now in prison.

As you can see, my letter is more about my experiences with Keith Raniere than anything to do with Mr. Parlato. My, terrorism by litigation. And, because I didn't mention it at the time of my letter, I was unaware the New York Times was about to expose this group, which would be the downfall of NXIVM in the end.

Mr. Parlato's blog, Frank Report, was one of the few- if not the only place - at the time, willing to expose this organization's horrendous activities. I and many others should have realized that there was no altruistic reason for his blog; Mr. Parlato claimed the only reason he faced any charges was because of NXIVM - something I and others had personally experienced. Mr. Parlato was doing PR work for the NXIVM organization, being paid 75K per month, claiming to have a lot of knowledge about the organization, and how to stop it, so his spin fit.

Mr. Parlato also told me that he, along with Rodger Stone and Steve Pigeon we're offered $1 million if they could get me indicted.

I now believe the only reason Mr. Parlato started his blog to expose NXIVM was to gain sympathy for his case. By pointing the finger at NXIVM, the government, and your honor, would see him as someone good, comparing himself to the victims of NXIVM.

Many of us were grateful for his blog at the time. Not realizing much of the information, he was receiving was coercively obtained.

As the story grew worldwide attention, so did the Frank Report and his need for more information, and the clock was running on his own case.

His blog became increasingly salacious, desperately trying to keep himself relevant, including naming victims of sexual trafficking and assault, using first and last names, photos, addresses, personal information, and locations. Some of these are the same victims Mr. Parlato claimed at one time to be protecting.

Mr. Parlato stated on his blog that if victims of DOS contacted him and proved they were no longer involved in DOS (the slave group developed by Keith Raniere), he would remove their

names. The catch, they would have to give him the name of someone else, something else for his blog - to have their names removed.

To these girls, this was yet another form of coercion, coercive control, a quid pro quo - a name of someone still in DOS to have their name removed. Some of these girls contacted me, not knowing what to do to stop their names from becoming clickbait for the sex cult on the world wide web—Mr. Parlato's form of what he calls journalism, and the public's right to know.

I spoke to Mr. Parlato on multiple occasions, asking him to please remove the names and photos of these young girls, explaining that when we made mistakes when we were younger, our parents addressed the issues, not the Internet, to be seen forever.

Mr. Parlato was unaware I was in contact with any of the DOS girls as they feared retaliation if they spoke out, and many of them still do.

I declined when Mr. Parlato pressured me for contacts to work with him on his upcoming documentaries—offering to pay me and add me to his team.

It was 7/4/2019, I was on a call with Mr. Parlato. He said that if I helped him and share my contacts, he might be able to control what is said about me on his blog. I asked him if he was threatening me. As he stated multiple times, the pen is mightier than the sword.
Hundreds of negative stories about me began, with his monikers, many being Frank himself fanning the flames with comments to keep the clicks coming. He used photos of my son, claiming I had him on a DOS diet. Pictures of my deceased brother and his obituary with the claim I lied about his death in my book, (The Program: Inside The Mind Of Keith Raniere And The Rise And Fall Of NXIVM) his autopsy states suicide. He delved into every facet of my life, taking small amounts of truth, and putting his Frank Report spin on it.

One of his targets was a family who lost their daughter Kristin Snyder in 2003. Because her body was never found he made this a focus for his upcoming true crime show. When Mr. Parlato contacted the family and brought the producers in to film, they were unaware that Kristin's sister Kim, who Mr. Parlato wanted to film, was a mentally challenged woman. Something he was aware of. Seeing the effect this was having on her and her family the producers never used any of the footage showing the family. But Mr. Parlato still uses her today as click bate, along with many other NXIVM victims.

He has now moved on as a hired PR gun, on other topics, such as, if you have lost custody of your children, he will expose the court and CPS wrongdoings on his blog – along with photos of the children in question.

I was the first to speak out against Keith Raniere many years ago; many people were silenced with the fear of "terrorism by litigation" as they watched the decades of lawsuits NXIVM filed against me and my family. Although they never won any of their false claims the years and cost of litigation broke our family in more ways than one.

Our first line of defense is our journalists and the media. Mr. Parlato's claim to be an "investigative journalist" who uses his blog and media contacts to retraumatize and torment victims, a weapon to silence people, just as NXIVM did with the legal system until the Eastern District of New York finally put a stop to it.

I am writing this letter to clarify the type of person I now know Mr. Parlato to be. I do not want my letter, dated 10.17.17, to be used to buttress the court's decision when deciding how much time Mr. Parlato should serve in prison.

Mr. Parlato boldly boasting on his blog that he is only being sentenced for not filing a single paper with the IRS. The way I look at it is Al Capone was convicted of tax evasion, but we all know there was so much more.

You may or may not receive letters from other people. Frank Parlato thinks people respect him. They don't respect him; they fear him. I'm not afraid of Frank Parlato, just like I am not afraid of Keith Raniere - at some point; you must face the devil and know that justice will prevail.

The world is dangerous, not because of those who do evil but because of those who look on and do nothing.

Thank you for your time and consideration.

Respectively,

Toni Natalie

10/17/17

Your Honor,

It is now October 17, 2017; it is three years to the day that I lost my best friend and the only person in the world I could really talk to about this, my mom. Unlike so many of these girls when my mom didn't like what was going on with Keith she moved to Clifton Park, she sat right next to me until I woke up, and when I woke up, she moved heaven and earth to get me out and to try and keep me safe. I know she is with Frank today because, without him, so many would be without a voice. Please forgive me for the length of this letter as it's been a long road, and honestly your honor, I am leaving out, more than I am putting in.

As I write this letter, I m again reminded of all the wasted years, the pain, time, money and energy, lost by my family and myself. All orchestrated and directed by this man, Keith Raniere, and funded by the Bronfman's money. Let this be the last letter like this someone has to send.

The allegations brought against Harvey Weinstein's has awakened the world to what happens to women and at times man when an influential person of power abuse their position. Mr. Weinstein used his prominent position to garner sexual favors in exchange for the hope of a promising career. His clout as an American film producer and co-founder of Miramax silenced many women for years, as they feared for their futures.

Ms. Bronfman and Mr. Raniere use something entirely different; they use our legal system as a stalking device to litigate their critics into silence. With the Bronfman money used to financially break almost anyone; making it nearly impossible for it ever to be a fair outcome. NXIVM attempts to strip people of their first amendment rights, our freedom of speech, not just as individuals but also through the press, isn't that one of the reasons for today's hearing. They use the very institution that was put into place to keep us safe over and over again to destroy. Through repeated vexatious litigation, this pattern of abuse has allowed NXIVM to continue its rain of terror for years.

As you will see below, a win for NXIVM is not necessarily a win in the court of law. A win is breaking those they deem to be their enemies, physically, financially and emotionally, until they have done all they can to destroy them and their families.

When I met Mr. Raniere in 1992, there was nothing about him on the Internet other than the misrepresentations of his 240 IQ, and stories of the fair-haired boy from Troy, making it big in Clifton Park with a company called Consumers Buyline (CBI).

Before leaving Clifton Park, I had to obtain a restraining order against a NXIVM employee who, among other things, was caught tampering with my mailbox. I soon learned they were taking my mail each day from my mailbox and putting it back the next. Using the information to contact my credit card, insurance, phone companies, to cancel my services. Calling my son's school saying that he would not be returning. Shutting off my phone so many times that the phone company gave me what they called a "DAN" code, a unique word that I had to provide before any changes were made to my account.

When my son and I fled (my son 1998) myself in 1999, there was little about Mr. Raniere other than how the company he had build (CBI) failed under the investigations of 22 Attorney Generals and two Federal agencies.

In 1999, the last thing Keith said to me was "I will see you dead or in jail," something he repeatedly said to my mother and even wrote to me in a letter.

With my leaving began the nightmare for my family and I, of almost twenty years of litigation, at the hands of Mr. Raniere et al.

9/99 Mr. Raniere et al. – filed a complaint against me with the New York State Liquor Authority Division of Alcoholic Beverage Control – Counsel, Judge Lawrence Labelle - Case Dismissed.

10/25/99, I was forced to file bankruptcy after Mr. Raniere and his partner Karen Unterreiner put a virus into the computer system of my company, putting me, and several others out of business, this was in retaliation for my breaking off our relationship.

It took over eight years to have my bankruptcy dismissed.
Below are the (3) additional lawsuits in my case;
Mr. Raniere, 2/6/01-2/13/07, and 1/7/04-4/6/04
Nancy Salzman, 7/10/00-9/13/01.
Kristin Keeffe, 01/07/04-10/15/07.
Ms. Keeffe appeals her case all the way to The US Court of Appeals For The Second Circuit. Final terminated date 3/17/2008.
Counsel-Christian H. Dribush -Discharge Granted

Case # 99-1619 - Raniere vs. Natalie filed Jan 7, 2003
~Honorable Robert E. Littlefield, Jr.
United State Bankruptcy Judge
*"...this matter smacks of a jilted fellow's (Raniere) attempt at revenge or retaliation against his former girlfriend (Natalie), with many attempts of tripping her up along the way. After*

*careful consideration of the entire record, with particular attention paid to the plaintiff's (Raniere) post-trial briefs and appendices, the court concludes the plaintiff did not meet his burden of proving, beyond a preponderance of the evidence, that the Debtor (Natalie) should not receive a discharge."*

In between bankruptcy interferences, starting around 2005, NXIVM attempted to have me indicted for bank fraud, in The US Attorney Western District of New York. For several years I was investigated by the FBI, no charges ever filed. Representation - William Dreyer-Case Declined

In 2004 my mother filed for bankruptcy; she had a substantial financial burden; trying her best to support me with my medical and litigation bills. Ms. Keeffe, NXIVM attempted to intercede by purchasing a creditors position of $375. Rochester bankruptcy Judge John Nifo threw Ms. Keeffe and her Attorney out of court.

In 2004 I was diagnosed with PTSD.

2/28/2007, My dog Jake, a very protective German Shepherd, died from what we thought was a batch of dangerous dog food, widely reported in the media at the same time. I later found out from Kristin Keeffe that NXIVM had my dog poisoned.

10/2007, I was contacted by a reporter named Chris Thompson from the Village Voice. He was doing a story on NXIVM. He received a document from NXIVM with what he said to be a complete defamation of character. The Village Voice vetted the materials. He suggested I find an attorney and sue NXIVM. It was a document prepared by Kristen Keeffe/NXIVM citing 260 counts of criminal violations with evidence.

On March 12, 2009, by brother John Natalie, committed suicide. I had always believed that Keith was in communication with my brother at the time of his apparent suicide. Keith, possibly teaching my brother one of his NXIVM modules, isn't suicide honorable if you have no value?
Kristin Keeffe later confirmed this fact in 2015; she said: "not only was Keith in contact with John, but he had sent her to meet with him." As she was recanting her story, she laughed at what a mess my brother was.
My brother was the oldest in the family (7 years my senior) and given the title of the man of the house at a very early age. Our sister passed away at the age of 16; she was very ill, and he for most of my younger life was my caregiver, more like a father than a brother. With no man in the home at a young age he took on the role to protect his family, yet nothing he could do or

say to Keith stopped him from his continuous harassment, using the legal system as his weapon of choice.

10/2009 I was diagnosed with fibromyalgia.

November 2010 Vanity Fair published a story in the U.K. Edition; The Heiresses and the Cult. I was a source for the story.
8/26/11
2/ 12/12, The Albany Times Union Started its three-part series called, the Secrets of NXIVM. By Reporter James Odato. I was a source for the story.
Two courageous women spoke out about the rapes they had experienced at the hands of Keith Raniere when they were in their teens. Nothing happened.

2/22/2012, I started receiving a series of emails allegedly from a well-known reporter from Mexico, named Yurira Sierra. Offering me a trip to Mexico so she could interview me. I believe it was evident it to Ms. Sierra, or whomever I was corresponding with, that I would not be taking a trip to Mexico. (See enclosed emails)

4/3/12, eight people from NXVIM including Ms. Bronfman, Ms. Salzman, and Mr. Raniere filed a criminal complaint against myself and three other people. After over 30 visits to the New York State police from NXIVM counsel, Steve Coffey, Pamela Nichols, and Mike McDermott.

10/17/13 Search warrants were issued.

10/23/13, The New York State police, headed by Investigator Rodger Kirsopp, BCI unit Clifton Park, NY, raided my home and the home of two others. Taking two computers, and alleged NXIVM documents. Leaving me without a job - I was working for a start-up company, all of our business contacts were on my laptop, (and I hope still are). I didn't know what a backup was at the time. I did my best to try and rebuild, but it never happened.

2/18/14, Investigator Rodger Kirsopp requested a "clone" of my cell phone. Investigator Kirsopp assisted Ms. Keeffe and her child in leaving the cult. Kirsopp knew she was on the run with her child, (also Keith Raniere's son). Kirsopp said the only way for BCI to find her, was to "clone" my phone. Then they could retrieve the voice message from her asking me to "please come and take her son;" she was receiving death threats from Keith Raniere and Pam Cafritz, she said, "she was afraid for their life's."

I agreed, I felt by now NYSP must be aware of how far NXIVM will go to destroy someone. NYSP assisted Ms. Keeffe and her son (she was NXIVM's legal liaison for ten plus years). I was sure by now they would have a good understanding as to what NXIVM was doing, and how they were using the system, and how many politicians they had in their pockets.

5/26/14, I was contacted by Investigator Kirsopp. He called, to inform me I have been formally charged, wanted to know where I was, I needed to turn myself in. I asked for more time, telling him I was in the hospital with my mother; she was diagnosed that day with pancreatic cancer.

7/7/14, I now had to tell my parents what was happening; I m the only child, my stepdad, a World War II vet was disabled, my mother recently diagnosed with pancreatic cancer, and we were preparing her to undergo chemotherapy. I didn't know if I was going to be coming back home, so I had to tell them. My mother said to me "I thought the worst thing I would ever hear was that I had cancer, that's not true, this is the worst thing, why, when, is he going to leave us alone."

7/22/14, I turned myself into Judge Carter at the Albany City Court, outside part of NXIVM's Mexican cartel was an illegal immigrant who goes by the name of "Fluffy" Fernandez, filming me as I was going into the courtroom. The attorney I had at the time thought that possibly the news media had arrived. I explained to him; it wasn't the news, it was the cult.

NXIVM Civil Case
8/12/14, I was served with a Civil complaint; filed 10/23/13. NXIVM filed a Civil complaint against, Joseph J. O'Hara, John Tighe, Suzanna Andrews (reporter Vanity Fair) James Odato (former reporter, The Albany Times Union) and myself, Toni Natalie-Foley along with 1 through 59 John Does. Alleging unauthorized access to confidential and proprietary information contained on NXIVM password-protected website, stored communications acts as well as various state laws causes of action arising from the same conduct on the part of Defendants. NXIVM was seeking millions in damages.
9/17/15 - William Dreyer -Case Dismissed
Judge Lawrence E. Kahn -Bronfman perjury caused dismissal.
(see enclosed 10/26/15 filing now referred to as, the chart of lies ) Michael J. Grygiel, Greenberg, Traurig- Counsel for defendant, Suzanna Andrews, Vanity Fair Reporter.

10/17/14 My mother Joan Schneier passed away, one of the last things she said to me was " your not crazy Toni, don't let them tell you-you are." As much as I tried to trivialize what was going on, she knew, because she knew the monsters.

11/9/14, My step-father Alfred Schneier passed away, I believe in part from a broken heart, unable to stop this madman in our lives, and losing the love of his life, my mother.

2/15/15, Keith Raniere filed a suit against AT&T and Microsoft asserting the technology giants infringed upon five patents that he owned for technology covering network conferencing systems. The defendant companies challenged Raniere's ownership of the asserted patents and standing to bring suit.

2/27/15, I was indicted on four counts of computer trespassing. Counsel, William Dreyer

9/21/15, The Albany Times Union runs a story "Legal papers: NXIVM officials probed finances of 6 Federal judges, Senator Schumer, others." I was one of the others.

2/12/16, It became apparent that the amount of perjury, forged documents, and inconsistent testimony on the part of the NXIVM was more than evident. The Same evidence used in the civil case was, used in the criminal case. Thousands and thousands of dollars later and precious time with my parents and my son that I will never be able to get back, Judge Herrick dismissed all the charges on the computer trespassing case - Charges dismissed. Counsel, William Dreyer

8/12/16, After years of repeated attempts to have my computers returned to me Holly Trexler, the Special prosecutor notified me, that I would never see my computers intact, or any documents again. All the photographs of my son, brother, mother, father, family, letters, and videos, things I can never replace are on that computer. Along with personal and business records. Console-David A. Gonzalez-Case Pending

9/2/16, Microsoft, AT&T Win Fees In 'Exceptional' Patent Case - Judge Barbara Lynch - United States District For The Northern District of Texas-Dallas Division

> *The Court further found that Plaintiff Keith Raniere acted in bad faith and vexatiously multiplied the proceeding and that his conduct was sufficiently egregious to justify the imposition of sanctions under the Court's inherent powers.*
>
> *Based on the totality of circumstances presented, the Court finds this case is exceptional and that an award of fees and non-taxable costs is warranted under 35 U.S.C. § 285. The Court further finds that Defendants are entitled to recover reasonable attorneys' fees and non-taxable costs incurred from September 28, 2015.*
>
> *Plaintiffs argues that his conduct was not sufficiently egregious to justify the imposition of sanctions under the Court's inherent powers. He contends that his conduct did not rise to the level or contempt or perjury. He insists that he did not disobey any of the Court's Orders, he merely found it impossible to comply. He also characterizes the false representations in the "Unanimous Consent Resolution of the Sole Shareholder of GTI" as "an immaterial lie on an immaterial matter." The Court wholly rejects these trivializations. The Court requires full candor on all matters from the parties who come to it seeking relief. Plaintiff's submission of a document that contained a knowingly false representation constitutes an abuse of the judicial process that warrants sanctions. The Court has considered lesser sanctions, such as an admonishment, and finds that an award of fees is the least severe sanction adequate to deter similar conduct by Plaintiff in the future and to preserve the integrity of the Court.*

10/20/16, Judge Hedrick issued an order to the New York State police not to destroy our, documents or computers.

5/17/17, Keith Raniere sues me in the State of Washington, claiming I verbally turned over the patents to him in the early 90's. The Texas courts determined that GTI owned the patents and I, Toni Natalie own GTI. Counsel- Michael Grygiel- Case pending

6/19/17, Frank Report exposes the existence of DOS. I believe that without blogs such as the Frank Report and former Saratoga in decline, (shut down during the computer trespassing case), the monsters inside of NXIVM continue to grow. For years, women have reached out to me asking for help, wanting to know how to get out themselves, or how to get there loved ones out. The underage girls from the CBI days would have never had a voice, had it not been for blogs, such as Frank Report. The women, girls, from DOS, would have no one to listen, and no place to go. Without the Frank Report, the branding of young women would still be going on today.

10/9/17, I learned from the Frank Report that NXIVM has a warrant for my arrest and the arrest of four other Americans in Mexico. I believe this to be true. They are trying to have us extradited on extortion and other charges. Now being accused of extorting money from a man that I've never met, and

plotting this with another man, Toni Zarattini from Mexico, that I had never even heard of until the Frank Report. Look at the emails that were sent to me in 2012. Remember he said, "he would see me dead, or in jail." - No Counsel- Case Pending

10/13/17, A follow-up letter was sent to Judge McDonough requesting the return of our computers and documents. The NYSP has finally taken the position that it is not their place to determine whether or not illegal materials are on the computers; but not until Ms. Nissen Assistant Counsel, NYSP notified NXIVM former counsel Michael McDermott and current Council Paul DerOhannesian. I m waiting for an for an answer from the Judge. My belief is even if the Judge rules in my favor NXIVM, is not done with me. - Console- David A. Gonzalez-Case Pending

The monsters behind the machine never stop. They don't care who they destroy or how much money they spend doing it. As I stated earlier, I am leaving out more than I am putting in. The Frank Report, unlike so many things, can't be bought off, bribed off, or scared off. What if your child was involved, and this was the place you could go for information, so you could talk to your child, help to wake them up, and one day you open your computer, and it's gone, along with your child, what would you do?

I don't know what it will take to get the authorities involved; I'm afraid even to consider, what will they do next? Someone needs to look at the legitimacy of this criminal enterprise, look at just some of the allegations on the Frank Report. When are they going to be stopped from using the legal system as a stalking device? Maybe today?


Thank you for your time and consideration.

Respectively,


Toni Natalie -Foley