

Edward Nusbaum
enusbaum@nusbaumfamilylaw.com

Harold Haldeman
hhaldeman@nusbaumfamilylaw.com

**May 4, 2023**



UNITED STATES DISTRICT COURT
FILED
JUL - 6 2023
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT O: NY

**Hon. Richard J. Arcara**
**United States District Court**
**2 Niagara Square**
**Buffalo, NY 14202**

**Re: Docket #: 15CR149**
     **USA v. Frank R. Parlato, Jr.**
     **Sentencing Date: 6/5/23/11:30 a.m.**

**Dear Judge Arcara:**

I am an attorney practicing law in Westport, Connecticut, for 50 years. I am writing to you with regard to the sentencing of Frank R. Parlato, Jr., who I understand is scheduled to be sentenced on June 5, 2023.

An internet search of Mr. Parlato reflects that his sentencing scheduled for April 3, 2023, was continued in light of the fact that a third party submitted a negative letter with regard to Mr. Parlato.

By way of background, I represented Mr. Parlato's significant other, Karen Riordan (Ambrose), in a divorce action. I was in the case from April 27, 2020, to August 27, 2020, and was replaced by an attorney who has since been disbarred arising out of her representation of Karen Riordan. Mr. Parlato has engaged in a campaign of maligning my integrity and has published multiple



baseless articles online regarding me in <u>The Frank Report</u> and <u>Art Voice</u>. Despite requests that he cease and desist from engaging in a baseless personal attack on me, he has continued to do so relentlessly. I am enclosing for your review a letter dated February 24, 2023, written to Mr. Parlato by my attorney, who I hired to request a cease and desist from Mr. Parlato. In response to the letter written by my attorney, I am enclosing the response of Mr. Parlato dated January 29, 2023, which was posted online in <u>The Frank Report</u> by Mr. Parlato. Rather than ceasing and desisting from his meritless conduct, he responded that he wished to receive specific statements of his defamatory or false and libelous "journalism." As you can see, he is defending himself by claiming that he is an "investigative journalist," and requested specific references to false and defamatory statements relating to me. I enclose my attorney's letter to Mr. Parlato dated January 19, 2023, and Mr. Parlato's response thereto on January 29, 2023, and a subsequent letter sent to Mr. Parlato by my attorney on February 24, 2023.

Rather than my commenting on the contents of the letter to Mr. Parlato, I would appreciate it if your Honor could find the time to read the letter to Mr. Parlato and his response to my attorney of March 29, 2023, which was a further provocation on his part.

You will note that Mr. Parlato makes reference to the issue of legal fees between my firm and Karen Riordan, his significant other, on the same day.



I apologize for taking up your time with this matter, but the actions of Mr. Parlato have had a significant impact on my practice, my family, and at least one client who read <u>The Frank Report</u> online and contemplated not hiring me as a result. A reasonable individual would think that Mr. Parlato would have strived to be a model citizen when your Honor is contemplating an appropriate sentence for him. Unfortunately, quite the contrary. His arrogance and hubris were stronger considerations than what your Honor might do.

I would ask that your Honor take into consideration, when sentencing Mr. Parlato, the type of conduct which he has engaged in.

I would be happy to discuss this matter with the Probation Department or anyone else prior to your sentencing of Mr. Parlato.

If you need any additional information, please feel free to contact me.

I thank you for your time.

Repectfully submitted,

**Edward Nusbaum**

**mll-Encs.**

LYNCH, TREMBICKI AND BOYNTON
ATTORNEYS AT LAW
27 IMPERIAL AVENUE, BOX #8
WESTPORT, CONNECTICUT 06880
www.lynchtrembickiboynton.com

RICHARD H. LYNCH (1912-1991)
THOMAS B. LYNCH
ALEXANDER J. TREMBICKI
MICHAEL S. BOYNTON
MICHAEL P. LYNCH

(203) 227-6808
(FAX) 226-6215
E-MAIL: LTMBWPT@aol.com

MILFORD OFFICE

63 CHERRY ST.
MILFORD, CT 06460
(203) 878-4669

January 19, 2023

**Via Certified Mail, Return Receipt Requested and**
**Via Email:  frankparlato@gmail.com**

Mr. Frank Parlato
29009 Geranium Drive
Big Pine Key, FL 33043

**Re:   Law Offices of Edward Nusbaum, PC, et al v. Frank Parlato**

Dear Mr. Parlato:

This office represents the Law Offices of Edward Nusbaum, PC and Edward Nusbaum individually.  It has come to our attention that you have made and published a number of defamatory statements concerning our clients through your so- called Frank Report. You have published false and defamatory statements including accusations of criminal misconduct and malfeasance relating not only to Mr. Nusbaum but also as to the undersigned. You have published defamatory statements as to Mr. Nusbaum ethics, professionalism, and reputation. In the comments section of your publication, you have misappropriated the names and identities of "commenters" to add to the defamatory statements. In one instance you attribute a comment made under the name of my client's son.  Other "comments" were from judges of the Connecticut Superior Court, Supreme Court, and family law attorneys, who clearly did not weigh in on your report.

These publications are libelous and meet the definition of libel per se. We believe that these statements have been made maliciously and intentionally and as a result of an improper or unjustifiable motive.

We hereby demand, pursuant to Connecticut General Statutes §52-237, that you retract the defamatory statements that you have made as to my client and me, in as public a manner as that in which they were made no later than Friday, January 27, 2023, including on the Frank Report. This retraction must occur on all platforms in which they were published. Your failure to do so will establish that the statements were made maliciously. My clients intend to bring claims against you for actual and punitive damages, pursuant to applicable Connecticut law.

We further demand that you cease and desist from the further publication of defamatory and libelous statements as to my client and the undersigned. Your failure to do so will cause us to review all of our legal options. You should note that Connecticut's jury pool is not afraid to award damages to internet provocateurs who publish false and malicious information about their subjects. See William Sherlach et al v Alex Jones et al, UWY-CV18-6046437-S, pending in the Judicial District of Waterbury.

Additionally, it is my client's intention to make Judge Arcaro aware of your conduct. I am sure that he will find it interesting when he considers an appropriate sentence for you. I am sure he will weigh it along with his order for you to undergo an anger management evaluation for the assault complaint filed in Monroe County, Florida, in March of 2022.

Very truly yours,

Alexander J. Trembicki
AJT/jd

cc: Law Offices of Edward Nusbaum, PC

Frank Parlato

29009 Geranium Drive

Big Pine Key, FL 33043

January 29, 2023

Via US Mail and Email (LTMBWPT@aol.com)

Alexander J. Trembicki, Esq.

Lynch, Trembicki and Boynton

27 Imperial Avenue, Box #8

Westport, CT 06880

## RE: Edward Nusbaum's (Your Client) Baseless Libel Claims

### Request for Specification of Objectionable Statements

### Rule 11 Notice

### Offer of Compromise

Dear Mr. Trembicki:

I am in receipt of your letter dated January 19, 2023.

As you may know, I am an investigative journalist. While it is true that your client, Edward Nusbaum, has been the subject of articles I recently published, I disagree with your client's claims of libel and libel per se.

I disagree that I "published false and defamatory statements including accusations of criminal misconduct and malfeasance" related to Mr. Nusbaum and yourself, or that I published defamatory statements regarding Mr. Nusbaum's ethics, professionalism, and reputation.

## The Frank Report is a Newsgathering and Reporting Outlet

The Frank Report is a journalistic media outlet engaged in newsgathering and reporting. I have been engaged in journalism, newsgathering, and media production for 35 years. You can read my biography on the Frank Report website and elsewhere.

Additionally, the Frank Report provides opinions and commentary on newsworthy issues.

In your letter of January 19, 2023, you did not provide me with any specific statements that I have made and/or published that you claim are defamatory and false. You have not made any showing that my journalistic product was produced and/or disseminated in bad faith or with actual malice.

The Frank Report vets information and all statements are based on facts. The Frank Report and all its contributors, including myself, act in good faith when reporting news and disseminating information. We hold ourselves to the highest industry ethical standards. See, e.g., the attached from the Committee on Publication Ethics.

Your client requested a retraction based on libel and falsehood. We take this request very seriously.

In this case, your client failed to identify with specificity which statements are objectionable and the reasons for each. Unless and until we receive specifications of your client's objections, we cannot take further action in good faith and due diligence.

I believe that none of the statements in the reporting concerning your client, Mr. Nusbaum, were actionable defamation. They either are substantially true, are not "of or concerning" Mr. Nusbaum, are not reasonably susceptible to defamatory meaning, or are mere opinions rather than assertions of fact.

The statements are not libel as a matter of law. See Held v. Scott Silver & Silver & Assocs., No. 3:10-cv-00992 (CSH), 2013 U.S. Dist. LEXIS 148514, at *25 (D. Conn. Oct. 16, 2013); Lopos v. City of Meriden Bd. of Educ., 3:04-CV-00352, 2006 U.S. Dist. LEXIS 32469, 2006 WL 1438612 at *8 (D. Conn. May 16, 2006) (citing Grossman v. Computer Curriculum Corp., 131 F.Supp. 2d 299, 312 (D.Conn. 2000)); see also Daley v. Aetna Life and Casualty Co.,, 249 Conn. 766, 795, 734 A.2d 112 (Conn. 1999) ("To be actionable, the statement in question must convey an objective fact, as generally, a defendant cannot be held liable for expressing a mere opinion.").

If there are statements of fact to which you can present evidence to show are demonstrably false, please present the evidence. If the facts and circumstances warrant it, Frank Report may issue a retraction.

**Retractions are issued in certain circumstances:**

- There is clear evidence that the statements are unreliable
- Plagiarism

- The statements have previously been published elsewhere without proper attribution to previous sources or disclosure to the editor, permission to republish, or justification
- The submission contains material or data without authorization for use
- Copyright has been infringed, or there is some other serious legal issue (e.g., libel, privacy)
- Statements have been published solely on the basis of a compromised or manipulated peer review process
- The author(s) failed to disclose a major competing interest (aka, conflict of interest)

**Retraction may not be necessary for certain instances:**

- There is no reason to doubt the validity of the statements
- The main statements of the work are still reliable, and correction could sufficiently address errors or concerns
- There is inconclusive evidence to support retraction, or we are awaiting additional information

The Third-Party Comments on the Frank Report are Protected Under 47 U.S.C. § 230

With respect to the "Comments" section of the Frank Report website, neither the Frank Report nor I am legally responsible for these comments. The Frank Report's comments and interactive message board place all communications within the ambit of 47 U.S.C. § 230's immunity protections.

Additionally, 47 U.S.C.S. § 230(e)(3) states: "No cause of action may be brought, and no liability may be imposed under any State or local law that is inconsistent with this section."

Any claims or complaints you may have regarding the comments on the interactive message board, you should take them up with the third-party users themselves.

To the extent that you make any claims against the Frank Report or me, where we are entitled to § 230 immunity, said claims are frivolous as a matter of law. If you choose to proceed with litigation against me, I will ask for dismissal and Rule 11 sanctions upon my removal to Federal Court after proper jurisdiction has been obtained.

## Claims That Smack of Extortion

In the January 19, 2023, letter, you made claims I would not expect from a member of the Bar.

Please write and do whatever you and your client wish to do.

However, I do not know what adverse effect Mr. Nusbaum's plan to write to, call or communicate with a federal judge, whose name you did not even bother to spell correctly, will have on me.

Perhaps judges are different in Connecticut, but I fail to see how any judge can assess or infer alleged bad conduct from the fact that I, as a professional journalist, wrote stories about an attorney who has had numerous claims by clients of price gouging, bullying, wildly uncontrollable anger, malpractice and misconduct.

Furthermore, consider the extortionate manner by which you made this threat: It was done before you provided me with a single specific statement that you claim is libelous.

Consider your conduct, Sir. You write me demanding I retract anything and everything without any specificity, or you will sue me and threaten me by telling the judge.

This is the actions of a bully.

As for anger management, when, on October 17, 2022, your client, an attorney, called me up screaming and threatening me when I was in Nashville and revealing his client;s confidences and acting like a raving lunatic, I made a recording of the conversation since I was not sure if he was going to commit a felonious act which I would be obliged to report.

I will gladly play the recording I made, and I believe you will be impressed with two things:

1. That your client may need anger management
2. If you heard this recording, and did not know who it was, and were later told it was made by a member of the bar, you might seek to have him disbarred under your ethical obligations to report misconduct of attorneys.

The recording alone is probably damning enough for me to file a grievance against Mr. Nusbaum.

Mr. Nusbaum's literal threats and unethical disclosures made during his phone conversation of October 17, plus those made recently by your client and conveyed through your letter of January 19, are of such an unusually virulent nature that perhaps you should advise your client to consider controlling his anger, stop bullying or trying to extort me, and provide specific instances of defamation instead of blanket statements and conclusory allegations.

I am happy to discuss the matter further anytime.

However, based on your client's conversation with me on October 17, I do not see him providing me with the means to assess the truth or falsity of any statement I made. This is likely because everything I wrote was true, and your letter is his attempt at bullying me, as I understand he does with his clients, many of whom are in distress.

Happily, I am not his client.

## Offer in Compromise

If Mr. Nusbaum prefers to sue me, I suggest we agree to a federal venue.

However, last year, Mr. Nusbaum proposed an alternative dispute resolution. He has a penchant for alternative dispute resolutions, which I have written about. He seems to prefer removing matters with his clients from the court system, requiring them to resolve them in arbitration without discovery, and it seems without rules.

In his dispute with me, he offered another alternative forum.

In his telephone conversation with me on October 17, 2022, Mr. Nusbaum offered the following, and I replied:

**Nusbaum:** "If you are a real man, come over here. And we'll talk in the playground, like we used to do in New Jersey, okay? We'll see how tough you are Pal....

**Parlato:** Okay, well, it's good. You're a tough guy. I'm a tough guy, or you know you'd like to prove it one way or the other. But I'd like to --

**Nusbaum:** You're a tough guy? What does that mean?

**Parlato:** You said, I believe, you invited me...

**Nusbaum:** Did you to play college sports, tough guy?

**Parlato:** I was a very capable boxer. In my day, while I was ---

**Nusbaum:** I was doing the champion wrestling show. Anytime you want to take your boxing skills against my wrestling skills, I will put your face into the pavement.

**Parlato:** ... As long as you tell me you're in good physical shape, I'll --

**Nusbaum:** I work out six days a week. Any day of the week.

**Parlato:** I will accept your challenge to the fight.

**Nusbaum:** Good. Get a release signed by your lawyer. Get it signed by my lawyer...

**Parlato:** OK, that sounds good... I'll be happy to meet you on the field of honor.... But I'm not coming to Connecticut. You know, we'll have to have a neutral place. How about Las Vegas?

**Nusbaum:** Sure. Set it up, Pal.

# Special Arbitration

If Mr. Nusbaum is serious about what he might call the "face in the pavement" arbitration, I am amenable.

If Mr. Nusbaum wishes to settle the matter in this way, please execute a release from your client, holding me harmless for any injuries he may sustain in mutual combat with me.

Upon receipt of Mr. Nusbaum's release, I will provide the same.

As for the date and venue, I am flexible. However, I am firm that it cannot be Connecticut, where laws seem to be made up as they go.

Also, please advise if Mr. Nusbaum, you, or his designated second, plan to negotiate the rules of combat, such as the use of a weapon[s], holds barred, the obligations, if any, of the victorious party in the event of a fatality, and what legal steps we must take so that our mutual combat is judicially sanctioned in the jurisdiction of the fight.

Finally, if a further dispute arises over our contractual agreement to resolve our dispute by mutual combat, I will not consent to arbitration without discovery, and where the arbitrators are lawyers in his neighborhood who practice the same field of law as he does.

I would consent to mutual combat with a dispute clause that specifies jury trial, and with a contractually binding clause, relative to jury instructions, that the jury may apply the unwritten law of the "fair fight" and disregard punitive damages if the jury finds Mr. Nusbaum's heirs are entitled to compensation based on the well-settled family law principle that if any person slays or permanently disables another person in a duel, the slayer must provide for the maintenance of the spouse of the person slain or permanently disabled, and for the minor children, in such manner and at such cost, either by aggregate compensation in damages to each, or by a monthly, quarterly, or annual allowance.

If this proposal meets your approval, or if you believe we should talk further, please do not hesitate to contact me.

I look forward to your specifications detailing precisely what statements I have made that are defamatory, or libelous.

FRANK PARLATO

CC:     File

Encl: Retraction Guidelines: Committee on Publication Ethics

# CT Family Law Attorney Edward Nusbaum to Sue Frank; Threatens: 'I'll Put Your Face Into the Pavement' & I Reply

🕐 January 29, 2023



*MK10ART's portrait of a CT Sumo wrestler, Edward Nusbaum.*

   

Trembicki Boynton of Milford CT.

Attorney Trembicki wrote to inform me that his client planned to sue me if I did not retract what I wrote about him.



His client is Edward Nusbaum Esq, of Westport CT.

## Attorney Trembicki wrote.



## Attorney Alexander Trembicki

Dear Mr. Parlato:

This office represents the Law Offices of Edward Nusbaum, PC and Edward Nusbaum individually. It has come to our attention that you have made and published a number of defamatory statements concerning our clients through your so-called Frank Report. You have published false and defamatory statements including accusations of criminal misconduct and malfeasance relating not only to Mr. Nusbaum but also as to the undersigned.

You have published defamatory statements as to Mr. Nusbaum ethics, professionalism, and reputation.

In the comments section of your publication, you have misappropriated the names and identities of "commenters" to add to the defamatory statements.



were from judges of the Connecticut Superior Court, Supreme Court, and family law attorneys, who clearly did not weigh in on your report.

These publications are libelous and meet the definition of libel <u>per se</u>. We believe that these statements have been made maliciously and intentionally and as a result of an improper or unjustifiable motive.

We hereby demand, pursuant to Connecticut General Statutes §52-237, that you retract the defamatory statements that you have made as to my client and me, in as public a manner as that in which they were made no later than Friday, January 27, 2023, including on the Frank Report.

This retraction must occur on all platforms in which they were published. Your failure to do so will establish that the statements were made maliciously. My clients intend to bring claims against you for actual and punitive damages, pursuant to applicable Connecticut law.

We further demand that you cease and desist from the further publication of defamatory and libelous statements as to my client and the undersigned. Your failure to do so will cause us to review all of our legal options. You should note that Connecticut's jury pool is not afraid to award damages to internet provocateurs who publish false and malicious information about their subjects. See WilUam Sherlach et al v Alex Jones et <u>al, UWY-CV18-6046437-S</u>, pending in the Judicial District of Waterbury.

Additionally, it is my client's intention to make Judge Arcaro aware of your conduct. I am sure that he will find it interesting when he considers an appropriate sentence for you. I am sure he will weigh it along with his order for you to undergo an anger management evaluation for the assault complaint filed in Monroe County, Florida, in March of 2022.

Very, truly yours,

Alexander Trembicki





MK10ART's painting of Edward Nusbaum is not libelous, it is art.

That was an interesting letter. I especially liked the last paragraph. Naturally, I had to answer the specific allegations.

However, I do not see any false statements about Mr. Nusbaum. I hope readers will help find anything defamatory, libelous, or even untrue about the less than savory Wesport lawyer.



Edward Nusbaum and His Suspicious Failure to
Provide Her File to Justify Inflated Billings



Fraud? CT Atty Edward Nusbaum Billed for Scores
of Phone Calls and Emails That Don't Match GAL
Hurwitz Billings -Criminal Charges May Result

CT Family Court Attorney Edward Nusbaum Fight
to Keep File and Work Secret

Bangkok: Nusbaum's Unconscionable Retainer
Makes Him a 'S-Bag' Lawyer

Clients Allege Nusbaum Malpractice, Billing Fraud
Arbitrator Daniel Portanova to Cover for Him

Nusbaum's Fairfield County Family Law 'No-Rules
Arbitrators Challenged'

Riordan Not Alone -Nusbaum Has Been Sued By
Clients for Malpractice for Decades

CT Family Court's Worst Rascal: Attorney Ed
Nusbaum Billed $100 K for Emails and Phone Calls

*Here is my email response to AttorneyTrembicki.*

# RE: Edward Nusbaum's (Your Client) Baseless Libel Claims

## Request for Specification of Objectionable Statements

## Rule 11 Notice

## Offer of Compromise

Dear Mr. Trembicki:

I am in receipt of your letter dated January 19, 2023.

As you may know, I am an investigative journalist. While it is true that your client, Edward Nusbaum, has been the subject of articles I recently published, I disagree with your client's claims of libel and libel per se.

I disagree that I "published false and defamatory statements including accusations of criminal misconduct and malfeasance" related to Mr. Nusbaum and yourself, or that I published defamatory

f 𝕏 ⑧ in

# The Frank Report is a Newsgathering and Reporting Outlet

The Frank Report is a journalistic media outlet engaged in newsgathering and reporting. I have been engaged in journalism, newsgathering, and media production for 35 years. You can read my biography on the Frank Report website and elsewhere.

Additionally, the Frank Report provides opinions and commentary on newsworthy issues.

In your letter of January 19, 2023, you did not provide me with any specific statements that I have made and/or published that you claim are defamatory and false. You have not made any showing that my journalistic product was produced and/or disseminated in bad faith or with actual malice.

The Frank Report vets information and all statements are based on facts. The Frank Report and all its contributors, including myself, act in good faith when reporting news and disseminating information. We hold ourselves to the highest industry ethical standards. See, e.g., the attached from the Committee on Publication Ethics.

Your client requested a retraction based on libel and falsehood. We take this request very seriously.

In this case, your client failed to identify with specificity which statements are objectionable and the reasons for each. Unless and until we receive specifications of your client's objections, we cannot take further action in good faith and due diligence.

I believe that none of the statements in the reporting concerning your client, Mr. Nusbaum, were actionable defamation. They either are substantially true, are not "of or concerning" Mr. Nusbaum, are not reasonably susceptible to defamatory meaning, or are mere opinions rather than assertions of fact.

The statements are not libel as a matter of law. See Held v. Scott Silver & Silver & Assocs., No. 3:10-cv-00992 (CSH), 2013 U.S. Dist. LEXIS 148514, at *25 (D. Conn. Oct. 16, 2013); Lopos v. City of Meriden Bd. of Educ., 3:04-CV-00352, 2006 U.S. Dist. LEXIS 32469, 2006 WL 1438612 at *8 (D. Conn. May 16, 2006) (citing Grossman v. Computer Curriculum Corp., 131 F.Supp. 2d 299, 312 (D.Conn. 2000)); see also Daley v. Aetna Life and Casualty Co.,, 249 Conn. 766, 795, 734 A.2d 112 (Conn. 1999) ("To be actionable, the statement in question must convey an objective fact, as generally, a defendant cannot be held liable for expressing a mere opinion.").

If there are statements of fact to which you can present evidence to show are demonstrably false, please present the evidence. If the facts and circumstances warrant it, Frank Report may issue a retraction.

## Retractions are issued in certain circumstances:

- There is clear evidence that the statements are unreliable
- Plagiarism

sources or disclosure to the editor, permission to republish, or justification

- The submission contains material or data without authorization for use
- Copyright has been infringed, or there is some other serious legal issue (e.g., libel, privacy)
- Statements have been published solely on the basis of a compromised or manipulated peer review process
- The author(s) failed to disclose a major competing interest (aka, conflict of interest)

## Retraction may not be necessary for certain instances:

- There is no reason to doubt the validity of the statements
- The main statements of the work are still reliable, and correction could sufficiently address errors or concerns
- There is inconclusive evidence to support retraction, or we are awaiting additional information

# The Third-Party Comments on the Frank Report are Protected Under 47 U.S.C. § 230

With respect to the "Comments" section of the Frank Report website, neither the Frank Report nor I am legally responsible for these comments. The Frank Report's comments and interactive message board place all communications within the ambit of 47 U.S.C. § 230's immunity protections.

Additionally, 47 U.S.C.S. § 230(e)(3) states: "No cause of action may be brought, and no liability may be imposed under any State or local law that is inconsistent with this section."

Any claims or complaints you may have regarding the comments on the interactive message board, you should take them up with the third-party users themselves.

To the extent that you make any claims against the Frank Report or me, where we are entitled to § 230 immunity, said claims are frivolous as a matter of law. If you choose to proceed with litigation against me, I will ask for dismissal and Rule 11 sanctions upon my removal to Federal Court after proper jurisdiction has been obtained.

# Claims That Smack of Extortion

In the January 19, 2023, letter, you made claims I would not expect from a member of the Bar.

Please write and do whatever you and your client wish to do.

—————————————————————————————————————————————————————

                    f    y    @    in

Perhaps judges are different in Connecticut, but I fail to see how any judge can assess or infer alleged bad conduct from the fact that I, as a professional journalist, wrote stories about an attorney who has had numerous claims by clients of price gouging, bullying, wildly uncontrollable anger, malpractice and misconduct.

Furthermore, consider the extortionate manner by which you made this threat: It was done before you provided me with a single specific statement that you claim is libelous.

Consider your conduct, Sir. You write me demanding I retract anything and everything without any specificity, or you will sue me and threaten me by telling the judge.

These are the actions of a bully.

As for anger management, when, on October 17, 2022, your client, an attorney, called me up screaming and threatening me when I was in Nashville and revealing his client's confidences and acting like a raving lunatic, I made a recording of the conversation since I was not sure if he was going to commit a felonious act which I would be obliged to report.

I will gladly play the recording I made, and I believe you will be impressed with two things:

1. That your client may need anger management
2. If you heard this recording, and did not know who it was, and were later told it was made by a member of the bar, you might seek to have him disbarred under your ethical obligations to report misconduct of attorneys.

The recording alone is probably damning enough for me to file a grievance against Mr. Nusbaum.

Mr. Nusbaum's literal threats and unethical disclosures made during his phone conversation of October 17, plus those made recently by your client and conveyed through your letter of January 19, are of such an unusually virulent nature that perhaps you should advise your client to consider controlling his anger, stop bullying or trying to extort me, and provide specific instances of defamation instead of blanket statements and conclusory allegations.

I am happy to discuss the matter further anytime.

However, based on your client's conversation with me on October 17, I do not see him providing me with the means to assess the truth or falsity of any statement I made. This is likely because everything I wrote was true, and your letter is his attempt at bullying me, as I understand he does with his clients, many of whom are in distress.

Happily, I am not his client.

---

If Mr. Nusbaum prefers to sue me, I suggest we agree to a federal venue.

However, last year, Mr. Nusbaum proposed an alternative dispute resolution. He has a penchant for alternative dispute resolutions, which I have written about. He seems to prefer removing matters with his clients from the court system, requiring them to resolve them in arbitration without discovery, and it seems without rules.

In his dispute with me, he offered another alternative forum.

In his telephone conversation with me on October 17, 2022, Mr. Nusbaum offered the following, and I replied:

**Nusbaum:** "If you are a real man, come over here. And we'll talk in the playground, like we used to do in New Jersey, okay? We'll see how tough you are Pal….

**Parlato:** Okay, well, it's good. You're a tough guy. I'm a tough guy, or you know you'd like to prove it one way or the other. But I'd like to —

**Nusbaum:** You're a tough guy? What does that mean?

**Parlato:** You said, I believe, you invited me…

**Nusbaum:** Did you to play college sports, tough guy?

**Parlato:** I was a very capable boxer. In my day, while I was —

**Nusbaum:** I was doing the champion wrestling show. Anytime you want to take your boxing skills against my wrestling skills, I will put your face into the pavement.

**Parlato:** … As long as you tell me you're in good physical shape, I'll —

**Nusbaum:** I work out six days a week. Any day of the week.

**Parlato:** I will accept your challenge to the fight.

**Nusbaum:** Good. Get a release signed by your lawyer. Get it signed by my lawyer…

**Parlato:** OK, that sounds good… I'll be happy to meet you on the field of honor…. But I'm not coming to Connecticut. You know, we'll have to have a neutral place. How about Las Vegas?

**Nusbaum:** Sure. Set it up, Pal.

# Special Arbitration

If Mr. Nusbaum wishes to settle the matter in this way, please execute a release from your client, holding me harmless for any injuries he may sustain in mutual combat with me.

Upon receipt of Mr. Nusbaum's release, I will provide the same.

As for the date and venue, I am flexible. However, I am firm that it cannot be Connecticut, where laws seem to be made up as they go.

Also, please advise if Mr. Nusbaum, you, or his designated second, plan to negotiate the rules of combat, such as the use of a weapon[s], holds barred, the obligations, if any, of the victorious party in the event of a fatality, and what legal steps we must take so that our mutual combat is judicially sanctioned in the jurisdiction of the fight.

Finally, if a further dispute arises over our contractual agreement to resolve our dispute by mutual combat, I will not consent to arbitration without discovery, and where the arbitrators are lawyers in his neighborhood who practice the same field of law as he does.

I would consent to mutual combat with a dispute clause that specifies jury trial, and with a contractually binding clause, relative to jury instructions, that the jury may apply the unwritten law of the "fair fight" and disregard punitive damages if the jury finds Mr. Nusbaum's heirs are entitled to compensation based on the well-settled family law principle that if any person slays or permanently disables another person in a duel, the slayer must provide for the maintenance of the spouse of the person slain or permanently disabled, and for the minor children, in such manner and at such cost, either by aggregate compensation in damages to each, or by a monthly, quarterly, or annual allowance.

If this proposal meets your approval, or if you believe we should talk further, please do not hesitate to contact me.

I look forward to your specifications detailing precisely what statements I have made that are defamatory, or libelous.

FRANK PARLATO

CC:      File

Encl: Retraction Guidelines: Committee on Publication Ethics





MK10Art's painting of what appears to be CT Attorney Edward Nusbaum.



Frank Parlato

About the author



## Frank Parlato

## Please leave a comment: Your opinion is important to us! (Email & username are optional)

Enter your comment here...



**Anonymous**
January 30, 2023 at 5:42 am

Why the fuck does it take you guys so long to post certain comments when comments written much later show up first? What is selective BS? Does the content not fit your agenda?



**Alex Cuda**
January 29, 2023 at 10:19 pm

Now that is funny!

REPLY



**Snorlax**
January 29, 2023 at 9:48 pm

Guy sounds like a queer. How do I get in on this action? What's Frank's over/under?

REPLY



**NiceGuy**
January 29, 2023 at 9:09 pm

Attorney Alexander Trembicki states the following to Frank Parlato:

"You [F. Parlato]should note that Connecticut's jury pool is not afraid to award damages to internet provocateurs who publish truthful and factual information about their subjects."

In the above quote Trembicki admits Frank Parlato's information is "truthful and factual information."

How is Frank being slanderous or libelous if he's being truthful and factual.

Attorney Trembicki is an ineffectual attorney.

Frank has as much to fear from this goofball as he does over cooking his own crepes.

REPLY



**Marie White**
January 29, 2023 at 7:37 pm

Lmfao!! Signed this permission slip and then let's fight 💩

REPLY



**Anonymous**
January 29, 2023 at 6:38 pm

He works out "six days a week" and still has time to bill how many clients for how many hours?

REPLY



👤 **Frank Parlato**
January 30, 2023 at 8:14 am

If he bills between 20-22 hours per day and works out for two hours a day, it seems legit.

REPLY



Richard Luthmann
January 29, 2023 at 6:00 pm

It looks like Nusbaum is taking a page out of my book. I should sue him for plagiarism:

https://abovethelaw.com/2015/08/is-trial-by-combat-coming-to-nyc/

REPLY



**Pilgrim**
January 29, 2023 at 7:51 pm

@Richard, Giuliani as well, right? Didn't he call for "trial by combat" on Jan. 6?

REPLY



**This is amazing.**
January 29, 2023 at 5:39 pm

Pure gold.

REPLY



He wants to wrestle Frank? Lol. I'd counter-sue for harassment. Is it possible Nusbaum and his lawyer are impotent? Impotence makes older men aggressive and insecure. Alarm bells are going off for me anyways.
REPLY



**Nutjob**
January 29, 2023 at 10:35 am

ROFLMAO.
An underrated part of this is how he views himself as a badass wrestler. I wonder if he's a 3 year letterman? Frank should be careful if he was a two sport star and also played soccer. Bet those high school glory days resulted in getting voted to homecoming court. (assuming his school didn't have a football team)
REPLY



**Pilgrim**
January 29, 2023 at 7:52 pm

"Betcha I can throw a football over them mountains"
– Uncle Rico
REPLY



**Anonymous**
January 29, 2023 at 9:12 pm

NutJob was always the last kid picked for kickball.
REPLY



**Get the titty baby Naubaum a bottle!**
January 29, 2023 at 10:08 am

Its not the , "so called", Frank Report It "IS" the Frank Report. Nauseum, I'm a girl and I know 100% I can personally kick your ass any time any where. I have mad Street cred due to me beating up 5

REPLY



**Anonymous**
January 29, 2023 at 9:14 am

Riordan is straight up going to put you in the poor house.
REPLY

RICHARD H. LYNCH (1912-1991)
THOMAS B. LYNCH
ALEXANDER J. TREMBICKI
MICHAEL S. BOYNTON
MICHAEL P. LYNCH

(203) 227-6808
(FAX) 226-6215
E-MAIL: LTMBWPT@aol.com

February 24, 2023

***Via Certified Mail, Return Receipt Requested and
First Class U.S. Mail
Courtesy Copy sent Via Email:  frankparlato@gmail.com***

Mr. Frank Parlato
29009 Geranium Drive
Big Pine Key, FL 33043

**Re:    Law Offices of Edward Nusbaum, PC, et al v. Frank Parlato**

Dear Mr. Parlato:

This letter is submitted in response to yours of January 29, 2023. You asked for specific references to false and defamatory statements relating to myself and my client. Maybe you are not aware that accusing someone of a crime is considered libel per se. Connecticut has long recognized two causes of defamation per se: (1) statements that accuse a party of a crime involving moral turpitude or to which an infamous penalty is attached or (2) statements that accuse a party of improper conduct or lack of skill or integrity in his or her profession or business and the statement is calculated to cause injury to that party in such profession or business. Cohen v, Meyers 175 Conn. App. 519, 545 (1987).

You have done precisely that, in numerous of your articles both about myself and Attorney Nusbaum. The following constitutes the specificity you requested in your letter.

The article by Art Voice, dated December 30, 2022, accompanied a painting of Attorney Nusbaum carrying a bag of money, which article included information that only could have come from Ms. Karen Riordan or yourself, or both. Art Voice was a contributor to the Frank Report. Among other things, it stated "criminal charges may result." That article alleged billing fraud based upon bills of Jocelyn Hurwitz, which did not match up with Attorney Nusbaum's. If you claim that you are not responsible for the Art Voice article, then it begs the question of how he was able to obtain Attorney Nusbaum's billing records, phone records, and that of Attorney Jocelyn Hurwitz. It could only have come from Ms. Riordan or yourself. Please be reminded that my client has a voicemail message, in which we can analyze by voice identification, where he was threatened to settle the case.

In the Art Voice article, another misstatement was made, that Ms. Riordan paid my client $100,000.00, when she in fact did not. The last paragraph states, "There may be more than disbarment in the wind for Nusbaum. This may be an open-ended case of criminal fraud."

In the Art Voice article, there is a section dealing with "About the author, Frank Parlato...." There were comments attributed to people which clearly were not made by them, among others, including Melissa Needle, Alex Cuda, Justice Robinson, A. Truglia, and my client's son, Jesse Nusbaum. These are completely fabricated comments which are all false.

2

In the Frank Report of December 8, 2022, the article is attributed to Dick LaFontaine, who wrote the article for the Frank Report. Again, it contains a misstatement in that she never paid my client $100,000.00. Other comments were attributed to Pat Karoll, a different spelling of the Judge's name and another judge, Taggart Adams, who allegedly claimed that my client's retainer agreement was a "dishonest contract" and "only work with judges for a price."

On December 1, 2022, you make a reference to E. Bozzuti, not our Judge Elizabeth Bozzuto.

On December 10, 2022, you make a comment to Alex Cuds and also E. Solomon, who allegedly criticized the Family Court. You also have a comment of Steve Dimbo, not Dembo. Again, Anthony Truglia appears on December 1, 2022, referring to "kickbacks to the judges." You also attribute a comment to Jocelyn Horowitz, not Hurwitz.

Another comment was attributed to Anne Dranginis, a former appellate court judge, on December 8, 2022, "why does the law protect thieves like Nusbaum?" My client has spoken to her with regard to the same. She categorically denies it. Also, on that date, you allege that "Nusbaum has a history of misconduct." This is also false.

In the November 22, 2022, Frank Report, you stated "Attorney Ed Nusbaum billed 100k for E-mails and phone calls." You further state that clients cannot

question my clients' bills. My clients' retainer agreement also indicates that they are encouraged to bring to his attention any questions regarding billing.

As of February 2, 2023, under Attorney Nusbaum's name in a google search, you will find the following: "Connecticut Family Court, Attorney Ed Nusbaum Fights to Keep his File and Work Secret." Still posted as "Connecticut Family Court's Worse Rascal, Attorney Nusbaum Billed 100k for Emails." Art Voice, who is a contributor associated with the Frank Report, posted an article "Fraud"? "Connecticut Attorney Ed Nusbaum Billed for Scores of Phone Calls and E-mails That Don't Match the Guardian Ad Litem Hurwitz's Bill."

An article posted in the Frank Report on January 14, 2023, under the title "The Nusbaum Files," states "FR is gathering news about Edward Nusbaum's various cases. In the paragraph above, you state "Let us see if disbarment might come at the tail end of Nusbaum's career, instead of as it probably should have been during earlier stages when David DeLeo sued him for cheating with his wife's attorney to destroy his relationship with his child." These are all false accusations and bear no proof. In the same article referring to me, my client and Daniel Portanova, the Frank Report states "These criminals (and they are)....." sounds actionable to Attorney Nusbaum. After stating our respective ages, the Frank Report indicated, "There is no legacy other than criminal conduct for these three."

The next article posted January 17, 2023, with a distorted picture of my client's face, showing canine teeth, the title being "Clients Allege Nusbaum Malpractice, Billing Fraud; Arbitrator Daniel Portanova to Cover for Him." In that article, you stated, "The case of Karen Riordan sparked our interest, and we have already uncovered many similar cases of alleged overbilling, collusion with opposing attorneys, withholding records, and fraudulent billings." Query how the Frank Report became aware of Karen Riordan's unless information was provided directly from her to you.

Another article, January 17, 2023, this time my client's face has been transposed into what appears to be a vulture. The title of the article is "Nusbaum's Fairfield County Family Law 'No Rules' Arbitrators Challenged." In that article, the Frank Report includes the 33 family law attorneys who, Karen Riordan, contacted her by email. Among the comments there was one from January 16th, suggesting that the national media cover the story. There seems to be a response by Melissa Needle, but cleverly, you insert "If Ms. Needle read Karen's email and wanted to respond, was she too shocked, too afraid, or too complicit to send an honest response?" Then you go on to say that the suggested e-mail of Melissa Needle "might look something like this" and addresses Ms. Riordan. In the next paragraph, you state "In the above hypothetical response, if at least the last part is true....", which shows you acknowledge that Melissa Needle did not in fact write the response. In fact, Ms. Needle has confirmed no contact.

Alex Cuda allegedly said "Horsesh*t" on January 13, 2023. In the same report, a comment "Nusbaum screws over DeLeo- Sacrifices child for profit." This narrative is so far removed from the truth. Paul Boyne wrote an email to Brian Staines, the Chief of Disciplinary Counsel on January 7, 2023, at 11:48am asking why my client was not being investigated and Paul Boynes states in that email "See articles on Nusbaum in Frank Report, regarding a long history of legalized plunder."

Your article entitled, "Riordan Not Alone- Nusbaum Has Been Sued By Clients For Malpractice for Decades, on January 7, 2023, alleged that my client has zero legal accomplishments, zero court appearances, and an apparent host of fictional phone calls and phony emails.

Your MK10 article had comments that this was a "no fault divorce" demonstrating the total lack of knowledge of what a no-fault divorce is. On January 7, 2023, at 2:58am, you brought my client's son into the "arena". "Can your kid sculpt a shark?", followed by a comment at 2:54am, allegedly attributed of my client's son, who in this comment of Jesse Nusbaum, states "I bet Jessie [sic] has no idea Nusbaum lets kids be abused ..." To which you commented, "I think we will see a documentary coming soon."

"Riordan raises issues of potential fraud of CT Atty Edward Nusbaum and his suspicious failure to provide her file to justify inflated billings."

6

This is patently false. Her file was provided to her then divorce counsel, the now disbarred Nickola Cunha, which Ms. Riordan well knows. All of these falsehoods are being published as fact.

In this article, my client is portrayed as someone carrying a bag of money in a painting displayed in three places. A comment by you in this article, among others, states "Run. Don't walk." ".... By all means stay clear of one man above all others." "..... please do not engage with him, engage him, or retain him." And you end it with, "Beware of him most of all," these statements are defamatory to my client's reputation and respectability.

Another commenter was Roy Scheider on January 4, 2023, on the article about sharks and coincidentally he starred in "Jaws." In the same article, you stated, "I would never submit to their criminal therapy racket which is designed to keep mother and children apart." This is another claim that my client committed a crime.

I once again, renew my demand as stated in my letter of January 19, 2023. It is well settled that specific damages for libel per se need not be proven. To allow for recovery, you have already engaged in that conduct. A retraction may only lessen a finding of actual malice which may relieve the punitive damages my client can recover.

Your irresponsible "journalism" also amounts to intentional and negligent infliction of emotional distress, for which my client is entitled to damages.

Very Truly Yours,

Alexander J. Trembicki, Esq.
AT/jd


CC: Law Offices of Edward Nusbaum, PC

8

## Marilyn Leahy

**From:** ltmbwpt@aol.com
**Sent:** Wednesday, March 29, 2023 11:00 AM
**To:** Edward Nusbaum
**Subject:** LOENPC v. Parlato

Alexander J. Trembicki
Lynch, Trembicki & Boynton
27 Imperial Avenue
Westport, CT 06880
1.203.227.6808 (O)
1.203.226.6215 (F)

# PLEASE NOTE: WE'VE MOVED. THE NEW

## ADDRESS IS NOTED ABOVE. Please reply to 27 Imperial Avenue, #8 when forwarding documents via regular mail.

This e-mail transmission contains information from the law firm of Lynch, Trembicki & Boynton that is confidential and legally privileged. The information is intended only to be utilized by the individual or entity named on this e-mail. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this e-mail information is strictly prohibited. Therefore, if you have received this e-mail in error, please reply to this e-mail advising us of this fact, and please delete the e-mail and all attached documentation.

-----Original Message-----
From: Frank Parlato <frankparlato@gmail.com>
To: ltmbwpt@aol.com; Karen Riordan <riordan.kmms@gmail.com>
Sent: Wed, Mar 29, 2023 10:58 am
Subject: LOENPC v Parlato

Dear Mr. Trembicki and Mr. Nusbaum,

By now you are probably aware of the latest commentary posted to the Frank Report about a hypothetical response to your previous letter claim objections to my reporting and that of my media outlets. The commentary is available at:

https://frankreport.com/2023/03/29/how-should-frank-parlato-respond-to-rascal-ed-nusbaums-latest-missives/

The comprehensive response to your specific objections to my prior reporting fully reflects my position and my publications.

I fully endorse the post, particularly the warnings related to FRCP Rule 11, SLAPP protections, and unfounded threats of litigation against reporters and media outlets. Please be governed accordingly.

The above being said, and while this entire situation provides interesting fodder for the readers of my publications, I would like to extend the olive branch of potential settlement.

1

After conversations with Karen Riordan, both of us have recognized that while we are each prepared to fight to the end, our energies may best be utilized in other endeavors. As professionals, I can be assured that you recognize the value of negotiation and compromise.

While it is entertaining to posture about whose head would be "put into the pavement," in a honor-charged battle of pugilistic skill, I would like to open the channels of negotiation towards a global settlement.

If you believe a comprehensive resolution of all the issues between ourselves and Karen Riordan is in all our mutual interests, I would welcome a conversation.

Please contact me to schedule a time to speak.

Until that time, I remain,

Very truly yours,

Frank Parlato

CC: Karen Riordan

On Tue, Mar 21, 2023 at 3:23 PM <ltmbwpt@aol.com> wrote:

Please see the attached.

Alexander J. Trembicki
Lynch, Trembicki & Boynton
27 Imperial Avenue
Westport, CT 06880
1.203.227.6808 (O)
1.203.226.6215 (F)

# PLEASE NOTE: WE'VE MOVED. THE NEW

## ADDRESS IS NOTED ABOVE. Please reply to 27 Imperial Avenue, #8 when forwarding documents via regular mail.

This e-mail transmission contains information from the law firm of Lynch, Trembicki & Boynton that is confidential and legally privileged. The information is intended only to be utilized by the individual or entity named on this e-mail. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this e-mail information is strictly prohibited. Therefore, if you have received this e-mail in error, please reply to this e-mail advising us of this fact, and please delete the e-mail and all attached documentation.

LAW OFFICES
— of —
EDWARD
NUSBAUM
P.C.

212 Post Road V
Westport, Conn

**TO:**

Hon. Richard J. Ar
United States Distr
2 Niagara Square
Buffalo, NY 14202





02 1P     $ 005.00
0000880377    MAY 04 202
MAILED FROM ZIP CODE 0688

# First Class Mail

st
ticut 06880

USDC - WDNY

MAY - 8 2023

BUFFALO

ra
t Court

*rst Class Mail*



